808 A.2d 551

IN THE MATTER OF CIRO A. MEDEROS AN ATTORNEY
AT LAW (ATTORNEY NO. 013211989)

October 30, 2002.

## ORDER

**CIRO A. MEDEROS** of **UNION CITY**, who was admitted to the bar of this State in 1989, having pleaded guilty in the United States District Court for the District of New Jersey to a federal felony charge of conspiracy to commit mail fraud, contrary to 18 *U.S.C.* § 1341, in violation of 18 *U.S.C.* § 371, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **CIRO A. MEDEROS** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **CIRO A. MEDEROS** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **CIRO A. MEDEROS** comply with *Rule* 1:20–20 dealing with suspended attorneys.